1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY RUFFRA
   Supervising Deputy Attorney General
5  ANN P. WATHEN
   Deputy Attorney General
6  State Bar No. 189314
      455 Golden Gate Avenue, Suite 11000
7     San Francisco, CA 94102-7004
      Telephone: (415) 703-5972
8     Fax: (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TROY HAYLES, | C 06-6909 MJJ |
|---|---|
| Petitioner, | **APPLICATION FOR SECOND EXTENSION OF TIME TO FILE ANSWER OR MOTION TO DISMISS** |
| v. | |
| ROSANN CAMBLE, Warden, | |
| Respondent. | |

Respondent respectfully requests an extension of 35 days, to and including July 9, 2007, in which to file an answer or motion to dismiss the petition for writ of habeas corpus. In support of this request I submit the attached declaration.

///

///

///

///

///

///

Application For Extension Of Time - *Hayles v. Camble* -  C 06 6909 MJJ

1

1 | Dated: June 1, 2007

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 | PEGGY RUFFRA
Supervising Deputy Attorney General

8 |

/s/ Ann P. Wathen
9 | ANN P. WATHEN
Deputy Attorney General

10 | Attorneys for Respondent

11 | APW:apw
SF2007400171

Application For Extension Of Time - *Hayles v. Camble* -  C 06 6909 MJJ

2

EDMUND G. BROWN JR.
Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY RUFFRA
Supervising Deputy Attorney General
ANN WATHEN
Deputy Attorney General
State Bar No. 189314
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5972
  Fax: (415) 703-1234
  Email: ann.wathen@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TROY HAYLES,**<br><br>                                       Petitioner,<br><br>    v.<br><br>**ROSANN CAMBLE, Warden,**<br><br>                                       Respondent. | C 06-6909 MJJ<br><br>**DECLARATION OF ANN P. WATHEN** |

I, ANN P. WATHEN, declare as follows:

I am the Deputy Attorney General assigned to respond to the Order to Show Cause in the present case. The state appeals were denied in 2003, 2004, 2005, and 2006.

Due to my other commitments, as discussed below, I am unable to file a response by June 4, 2007, and will need the additional time requested herewith. During the past two months, I have filed respondent's briefs in *People v. Chun* (H030461) on April 2, 2007, *People v. Silva* (A114165) on April 4, 2007, *People v. Roberts* (A113291) on April 17, 2007, *People v. Olmedo* (A112664) on April 20, 2007, *People v. Gonzalez* (H030252) on May 4, 2007, *People v. Navarro* on May 25, 2007, as well as letter for depublication in *People v. Brown* (A111490) on April 10, 2007, and an answer in *Castillo v. Evans* (C 06-4841 JSW) on May 31, 2007. I also presented an oral argument

1  in *People v. Evans* (H029616), and am currently working on *People v. Whitley* (A114031).  I have
2  reviewed the record in the instant matter and am currently awaiting two state habeas corpus petitions
3  and denials from the state appellate court, which I need in order to fully assess the timeliness of
4  petitioner's petition.
5       WHEREFORE, respondent respectfully requests that the time for filing an answer or
6  motion to dismiss be enlarged to July 9, 2007.
7       Dated:  June 1, 2007

10                                      /s/ Ann P. Wathen
                                        ANN P. WATHEN
11                                      Deputy Attorney General

13  APW:aw
    SF2007400171

Declaration Of Ann P. Wathen - *Hayles v. Camble* - C 06-6909 MJJ

2

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TROY HAYLES,** | C 06-6909 MJJ |
| Petitioner, | **[PROPOSED] SCHEDULING ORDER** |
| v. | |
| **ROSANN CAMBLE, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 9, 2007, to file an answer or motion to dismiss the petition for writ of habeas corpus. Petitioner may file and serve a traverse within 30 days of his receipt of the answer.

DATED: _____

_____
MARTIN J. JENKINS
United States District Judge

[PROPOSED] SCHEDULING ORDER - *Hayles v. Camble* - C 06-6909 MJJ

1

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Hayles v. Camble, Warden**

No.:   **C 06-6909 MJJ (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>June 1, 2007</u>, I served the attached

**APPLICATION FOR SECOND EXTENSION OF TIME TO FILE ANSWER OR MOTION TO DISMISS**

**DECLARATION OF ANN P. WATHEN**

**[PROPOSED] SCHEDULING ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Troy Hayles
Mule Creek State Prison
E-16711
P.O. Box 409020
Ione, CA  95640

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 1, 2007, at San Francisco, California.

|  S. Agustin  |  /s/ S. Agustin  |
| :---: | :---: |
| Declarant | Signature |

20090464.wpd