1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY RUFFRA
   Supervising Deputy Attorney General
5  ANN P. WATHEN
   Deputy Attorney General
6  State Bar No. 189314
       455 Golden Gate Avenue, Suite 11000
7      San Francisco, CA 94102-7004
       Telephone: (415) 703-5972
8      Fax: (415) 703-1234
   Attorneys for Respondent

9

                   IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13  **TROY HAYLES,**                          C 06-6909 MJJ

14                              Petitioner,   **APPLICATION FOR SECOND**
                                              **EXTENSION OF TIME TO**
15            v.                              **FILE ANSWER OR MOTION**
                                              **TO DISMISS**
16  **ROSANN CAMBLE, Warden,**

17                              Respondent.

18

19          Respondent respectfully requests an extension of 35 days, to and including July 9, 2007,

20  in which to file an answer or motion to dismiss the petition for writ of habeas corpus.  In support of

21  this request I submit the attached declaration.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

    Application For Extension Of Time - *Hayles v. Camble* -  C 06 6909 MJJ
                                        1

1          Dated: June 1, 2007

2                    Respectfully submitted,

3                    EDMUND G. BROWN JR.
Attorney General

4                    DANE R. GILLETTE
Chief Assistant Attorney General

5                    GERALD A. ENGLER
Senior Assistant Attorney General

6

7                    PEGGY RUFFRA
Supervising Deputy Attorney General

8

9                    /s/ Ann P. Wathen
ANN P. WATHEN
Deputy Attorney General

10                   Attorneys for Respondent

11  APW:apw

12  SF2007400171

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Martin J. Jenkins

6/11/07

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


TROY HAYLES,

                Plaintiff,

   v.

ROSANN CAMBLE et al,

                Defendant.

_____/

Case Number: CV06-06909 MJJ

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Troy Hayles
Mule Creek State Prison
Prisoner Id E-16711
P.O. Box 409020
Ione, CA 95640

Dated: June 12, 2007

                                Richard W. Wieking, Clerk
                                By: T. De Martini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


TROY HAYLES,

                Plaintiff,

  v.

ROSANN CAMBLE et al,

                Defendant.

_____/

                        Case Number: CV06-06909 MJJ

                        **CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Troy Hayles
Mule Creek State Prison
Prisoner Id E-16711
P.O. Box 409020
Ione, CA 95640

Dated: June 12, 2007

                        Richard W. Wieking, Clerk
                        By: T. De Martini, Deputy Clerk