IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TROY HAYLES,** | C 06-6909 MJJ |
| Petitioner, | [~~PROPOSED~~] SCHEDULING ORDER |
| v. | |
| **ROSANN CAMBLE, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 9, 2007, to file an answer or motion to dismiss the petition for writ of habeas corpus. Petitioner may file and serve a traverse within 30 days of his receipt of the answer.

DATED: __6/27/2007_____

_____
MARTIN J. JENKINS
United States District Judge

[PROPOSED] SCHEDULING ORDER - *Hayles v. Camble* - C 06-6909 MJJ

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY HAYLES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROSANN CAMBLE et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV06-06909 MJJ<br><br>**CERTIFICATE OF SERVICE**<br><br>ON NON E-FILING PARTY |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Troy Hayles
Mule Creek State Prison
Prisoner Id E-16711
P.O. Box 409020
Ione, CA 95640

Dated: July 3, 2007

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Edward Butler, Deputy Clerk