1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY RUFFRA
   Supervising Deputy Attorney General
5  ANN P. WATHEN
   Deputy Attorney General
6  State Bar No. 189314
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5972
8    Fax: (415) 703-1234
   Attorneys for Respondent

9

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13  **TROY HAYLES,**                          C 06-6909 SBA

14                       Petitioner,          **APPLICATION FOR FIRST EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

15       v.

16  **ROSANN CAMBLE, Warden,**

17                       Respondent.

18

19       Respondent respectfully requests an extension of 35 days, to and including July 23, 2008,

20  in which to file an answer to the petition for writ of habeas corpus. In support of this request I

21  submit the attached declaration.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

Application For Extension Of Time - *Hayles v. Camble* -  C 06 6909 SBA

1

1 | Dated: June 17, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 | PEGGY RUFFRA
Supervising Deputy Attorney General

8 |

9 | /s/ Ann P. Wathen
ANN P. WATHEN
Deputy Attorney General

10 |

11 | Attorneys for Respondent

12 | APW:apw

Application For Extension Of Time - *Hayles v. Camble* - C 06 6909 SBA

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Hayles v. Camble, Warden**

No.:    **C 06-6909 SBA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>June 17, 2008</u>, I served the attached

**APPLICATION FOR FIRST EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

**DECLARATION OF ANN P. WATHEN**

**[PROPOSED] SCHEDULING ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Troy Hayles
Mule Creek State Prison
E-16711
P.O. Box 409020
Ione, CA 95640

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 17, 2008, at San Francisco, California.

|  |  |
|---|---|
| M. Argarin | /s/ M. Argarin |
| Declarant | Signature |

20117356.wpd

1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ANN WATHEN
   Deputy Attorney General
6  State Bar No. 189314
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5972
8    Fax: (415) 703-1234
     Email: ann.wathen@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

| | |
|---|---|
| **TROY HAYLES,** | C 06-6909 SBA |
| Petitioner, | **DECLARATION OF ANN P. WATHEN** |
| v. | |
| **ROSANN CAMBLE, Warden,** | |
| Respondent. | |

19       I, ANN P. WATHEN, declare as follows:

20       I am the Deputy Attorney General assigned to respond to the Order to Show Cause in the

21  present case. The state appeals were denied in 2003, 2004, 2005, and 2006.

22       Due to my other commitments, as discussed below, I will need the additional time

23  requested herewith. I am unable to file respondent's answer by June 18, 2008. During the past three

24  months, I have filed respondent's return in *In re Stier* (San Francisco Count Superior Court, Case

25  No. 2215310) on March 20, 2008, respondent's brief in *People v. Arnett* (A115489) on April 1,

26  2008, respondent's brief in *People v. Colt* on April 25, 2008 (A118129), the People's petition for

27  writ of mandate in *People v. Superior Court* (*San Mateo*) (A121400) on May 2, 2008, respondent's

28  brief in *People v. Kleder* (H031391) on May 19, 2008, respondent's brief in *People v. Wilkins*

Declaration Of Ann P. Wathen - *Hayless v. Camble* - C 06-6909 SBA

1

1  (H030882) on June 2, 2008, presented oral arguments in *People v. Anderson* (H030828), *People v. May* (A117411), *People v. Gruber* (H031005), and located, contacted, and interviewed witnesses for the purpose of preparing declarations in *John Doe v. Brown* (San Mateo County Superior Court, Civ. Case No. 466503). Yesterday, I completed respondent's brief in *People v. Goins* (H031812), which my supervisor is currently reviewing.

With regard to the instant matter (*Hayles v. Camble*, C 06-06900 SBA), I have reviewed the entire record, drafted a response to two of the three issues, and am presently awaiting two exhibits that I need in order to complete the answer.

WHEREFORE, respondent respectfully requests that the time for filing an answer be enlarged to July 23, 2008.

Dated:  June 17, 2008

/s/ Ann P. Wathen
ANN P. WATHEN
Deputy Attorney General

APW:aw

Declaration Of Ann P. Wathen - *Hayless v. Camble* - C 06-6909 SBA

2

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TROY HAYLES**<br><br>                              Petitioner,<br><br>        v.<br><br>**ROSANN CAMBLE, Warden,**<br><br>                              Respondent. | C 06-6909 SBA<br><br>**[PROPOSED] SCHEDULING ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 23, 2008 to file an answer to the petition for writ of habeas corpus. Petitioner may file and serve a response within 30 days of his receipt of the motion.

DATED: _____

_____
United States District Judge

[PROPOSED] SCHEDULING ORDER - *Hayles v. Camble* - C 06-6909 SBA

1