IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TROY HAYLES** | C 06-6909 SBA |
| Petitioner, | **[PROPOSED] SCHEDULING ORDER** |
| v. | |
| **ROSANN CAMBLE, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 23, 2008 to file an answer to the petition for writ of habeas corpus. Petitioner may file and serve a response within 30 days of his receipt of the motion.

DATED: 6/19/08

                                                        _____
SAUNDRA B. ARMSTRONG
United States District Judge

[PROPOSED] SCHEDULING ORDER - *Hayles v. Camble* - C 06-6909 SBA

1

1 | UNITED STATES DISTRICT COURT

2 | FOR THE

3 | NORTHERN DISTRICT OF CALIFORNIA

6 | HAYLES et al,                                    Case Number: CV06-06909 SBA

7 |     Plaintiff,                                   **CERTIFICATE OF SERVICE**

8 | v.

9 | CAMBLE et al,

10 |     Defendant.
                                                    /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Troy Hayles
Mule Creek State Prison
Prisoner Id E-16711
P.O. Box 409020
Ione, CA 95640

Dated: June 19, 2008
                        Richard W. Wieking, Clerk
                        By: LISA R CLARK, Deputy Clerk

[PROPOSED] SCHEDULING ORDER - *Hayles v. Camble* - C 06-6909 SBA

2