EDMUND G. BROWN JR.
Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY RUFFRA
Supervising Deputy Attorney General
ANN P. WATHEN
Deputy Attorney General
State Bar No. 189314
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5972
  Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TROY HAYLES,<br><br>                      Petitioner,<br><br>v.<br><br>ROSANN CAMBLE, Warden,<br><br>                      Respondent. | C 06-6909 SBA<br><br>**APPLICATION FOR SECOND EXTENSION OF TIME (12 DAYS) TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

     Respondent respectfully requests an extension of 12 days, to and including August 4, 2008, in which to file an answer to the petition for writ of habeas corpus. In support of this request I submit the attached declaration.

///

///

///

///

///

///

Application For Extension Of Time - *Hayles v. Camble* -  C 06 6909 SBA

1

1 | Dated: July 21, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 | PEGGY RUFFRA
Supervising Deputy Attorney General

8 |

9 | /s/ Ann P. Wathen
ANN P. WATHEN
Deputy Attorney General

10 |

11 | Attorneys for Respondent

12 | APW:apw

Application For Extension Of Time - *Hayles v. Camble* - C 06 6909 SBA

2

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Hayles v. Camble, Warden**

No.:   **C 06-6909 MJJ (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

On <u>July 22, 2008</u>, I served the attached

**APPLICATION FOR SECOND EXTENSION OF TIME (12 DAYS) TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

**DECLARATION OF ANN P. WATHEN**

**[PROPOSED] SCHEDULING ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Troy Hayles
Mule Creek State Prison
E-16711
P.O. Box 409020
Ione, CA  95640

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 22, 2008, at San Francisco, California.

|  |  |
|---|---|
| S. Agustin | /s/ S. Agustin |
| Declarant | Signature |

20126395.wpd

1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ANN WATHEN
   Deputy Attorney General
6  State Bar No. 189314
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5972
8    Fax: (415) 703-1234
     Email: ann.wathen@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TROY HAYLES,**<br><br>                     Petitioner,<br><br>         v.<br><br>**ROSANN CAMBLE, Warden,**<br><br>                     Respondent. | C 06-6909 SBA<br><br>**DECLARATION OF ANN P. WATHEN** |

I, ANN P. WATHEN, declare as follows:

I am the Deputy Attorney General assigned to respond to the Order to Show Cause in the present case. The state appeals were denied in 2003, 2004, 2005, and 2006.

As discussed below, I will need the additional time requested herewith. I am unable to file respondent's answer by July 23, 2008, as I have been unable to obtain the trial exhibits (Exhibits 50 and 50a) for purposes of completing my answer in the instant matter (*Hayles v. Camble* (C 06-06900 SBA)), despite repeated efforts to obtain the exhibits from the San Francisco County District Attorney's Office. I am currently making efforts to obtain the needed exhibits directly from the San Francisco County Court. During the past 35 days, I have filed the respondent's briefs in *People v. Goins* (H031812) on June 18, 2008, the respondent's answer in *Hill v. V.M. Almager* (C 07-3229

Declaration Of Ann P. Wathen - *Hayless v. Camble* - C 06-6909 SBA

1

1  JSW (PR)) on June 26, 2008, interviewed additional witnesses, prepared additional declarations, and
2  prepared a lengthy letter recommending posting of the petitioner on the Megan's Law Internet
3  Website in *John Doe v. Brown* (San Mateo County Superior Court, Civ. Case No. 466503) on July
4  10, 2008, and filed the respondent's opposition to petitioner's motion for summary judgment in
5  *Calloway v. White* (C 02–5882 RMW) July 16, 2008.  I am presently working on another sex
6  offender registration case (*Rifkind v. Engram*, Sonoma County Superior Court, Case No.
7  MCV196961), which requires my immediate attention.

8  With regard to the instant matter (*Hayles v. Camble*, C 06-06900 SBA), I have reviewed
9  the entire record, drafted a response to two of the three issues, and am presently awaiting two
10 exhibits which I need in order to complete the answer.

11 WHEREFORE, respondent respectfully requests that the time for filing an answer be
12 enlarged to August 4, 2008.

13 Dated:  July 21, 2008

16 /s/ Ann P. Wathen
   ANN P. WATHEN
17 Deputy Attorney General

19 APW:aw

Declaration Of Ann P. Wathen - *Hayless v. Camble* - C 06-6909 SBA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TROY HAYLES** | C 06-6909 SBA |
| Petitioner, | **[PROPOSED] SCHEDULING ORDER** |
| v. | |
| **ROSANN CAMBLE, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August 4, 2008 to file an answer to the petition for writ of habeas corpus. Petitioner may file and serve a response within 30 days of his receipt of the motion.

DATED: _____

_____
United States District Judge

[PROPOSED] SCHEDULING ORDER - *Hayles v. Camble* - C 06-6909 SBA

1