1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ANN P. WATHEN, State Bar No. 189314
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5972
    Fax:  (415) 703-1234
8   Email:  Ann.Wathen@doj.ca.gov

9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

| | |
|---|---|
| **TROY HAYLES,** | C 06-6909 SBA |
| Petitioner, | **NOTICE OF LODGING EXHIBITS** |
| v. | |
| **ROSANN CAMBLE, Warden,** | |
| Respondent. | |

Notice is hereby given that the following exhibits are lodged in support of respondent's Answer and Memorandum of Points and Authorities:

EXHIBIT 1   Reporter's Transcript (6 vols.), *People v. Hayles*, San Francisco County Superior Court, Case No. 177096

EXHIBIT 2   Clerk's Transcript (1 vol.), *People v. Hayles*, San Francisco County Superior Court, Case No. 177096

EXHIBIT 3   People's Exhibit 50a: Transcript of 10/5/98 Police Interview of Petitioner

EXHIBIT 4   Appellant's Opening Brief, California Court of Appeal, First Appellate District, Division Four, Case No. A094429

EXHIBIT 5   Respondent's Brief, *People v. Hayles*, California Court of Appeal, First Appellate District, Division Four, Case No. A094429

EXHIBIT 6   January 30, 2003 Opinion, *People v. Hayles*, California Court of Appeal, First Appellate District, Division Four, Case No. A094429

| | | |
|---|---|---|
| 1 | EXHIBIT 7 | Petition for Review, *People v. Hayles*, California Supreme Court, Case No. S114068 |
| 2 | EXHIBIT 8 | Denial of Petition for Review, *People v. Hayles*, California Supreme Court, Case No. S114068 |
| 3 | | |
| 4 | EXHIBIT 9 | Petition for Writ of Habeas Corpus, San Francisco County Superior Court, Case No. 177096, Writ No. 4810 |
| 5 | | |
| 6 | EXHIBIT 10 | Denial of Petition for Writ of Habeas Corpus, San Francisco County Superior Court, Case No. 177096, Writ No. 4810 |
| 7 | EXHIBIT 11 | Petition for Writ of Habeas Corpus, First Appellate District, Division Four, Case No. A106747 |
| 8 | | |
| 9 | EXHIBIT 12 | Denial of Petition for Writ of Habeas Corpus, First Appellate District, Division Four, Case No. A106747 |
| 10 | EXHIBIT 13 | Petition for Writ of Habeas Corpus, California Supreme Court, Case No. S127064 |
| 11 | | |
| 12 | EXHIBIT 14 | Denial of Petition for Writ of Habeas Corpus, California Supreme Court, Case No. S127064 |
| 13 | EXHIBIT 15 | Motion to Vacate Judgment, First Appellate District, Division Four, Case No. A111534 |
| 14 | | |
| 15 | EXHIBIT 16 | Denial of Motion to Vacate Judgment, First Appellate District, Division Four, Case No. A111534 |
| 16 | EXHIBIT 17 | Petition for Writ of Habeas Corpus, California Supreme Court, Case No. S138648 |
| 17 | | |
| 18 | EXHIBIT 18 | Denial of Petition for Writ of Habeas Corpus, California Supreme Court, Case No. S138648 |

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Notice of Lodging - *Hayles v. Camble* - C 06-6909 SBA

2

1 | Dated: August 4, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

8 |

9 | /s/ Ann P. Wathen
ANN P. WATHEN
Deputy Attorney General
Attorneys for Respondent

10 |

11 |

40255590.wpd
SF2007400171

Notice of Lodging - *Hayles v. Camble* - C 06-6909 SBA

3

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Hayles v. Camble, Warden**

No.:   **C 06-6909 SBA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>August 4, 2008</u>, I served the attached

**NOTICE OF LODGING EXHIBITS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Troy Hayles
Mule Creek State Prison
E-16711
P.O. Box 409020
Ione, CA 95640

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 4, 2008, at San Francisco, California.

| S. Agustin | /s/ S. Agustin |
|---|---|
| Declarant | Signature |

20129968.wpd