TROY HAYLES
#E-16711
MULE CREEK STATE PRISON
P.O. BOX-409020
IONE, CA 95640

In Pro Per.

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| TROY HAYLES,<br>　　　　　　　PETITIONER,<br>V.<br>ROSANN CAMBLE,<br>　　　　　　　RESPONDANT. | C 06-6909 SBA<br>APPLICATION FOR FIRST<br>EXTENSION OF TIME TO<br>FILE TRAVERSE TO<br>ANSWER TO PETITION<br>FOR WRIT OF HABEAS<br>CORPUS |

Petitioner respectfully requests an extension of 35 days, to and includeing October 9, 2008, in which to file a Traverse to the answer to petition for writ of habeas corpus. In support of this request I submit the attached declaration.

te of California Department of Corrections Institution: MCSP    Prior Page Number:
Case 4:06-cv-06909-SBA   Document 25   Filed 09/03/2008   Page 2 of 4
CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

DB

## PATIENT ACTIVITY SCHEDULE

| DAY | TIME | ACTIVITY NAME | LOCATION | PROVIDER |
|---|---|---|---|---|
| MONDAY | 1300-1400 | DEPRESSION GROUP 9 | MH-2 | T. DABIRIAN, Ph.D. |
| TUESDAY | 0900-1000 | RECREATION THERAPY 22 | B YARD | J. REYNOLDS, RT |
|  | 1000-1100 | LEISURE AWARENESS 17 | BLD. 7 | J. REYNOLDS, RT |
|  | 1300-1400 | WALKING FITNESS 2 | B YARD | T. NORTH, RT |
| WEDNESDAY | 1000-1100 | WALKING FITNESS 1 | B YARD | R. GEYSER, RT |
|  | 1200-1300 | STRESS MANAGEMENT 8 | MH-2 | I. IHEKE, RN |
| THURSDAY | 0900-1000 | RECREATION THERAPY 18 | B YARD | J. REYNOLDS, RT |
|  | 1330-1430 | LEISURE AWARENESS 9 | BLD. 7 | J. REYNOLDS, RT |
| FRIDAY | 0900-1000 | WALKING FITNESS 3 | B YARD | R. GEYSER, RT |
|  | 1000-1100 | HEALTH & FITNESS 9 | B YARD | R. GEYSER, RT |
| SATURDAY | 1300-1400 | SUICIDE PREVENTION 4 | MH-2 | M. MACOMBER, Ph.D. |

ASSIGNMENT:    Unassigned

DATE: 5/29/08

Primary Clinician Signature
T. DABIRIAN, Ph.D.
Psychologist

This is your PATIENT ACTIVITY SCHEDULE. We use the ducat system for these group therapy activities. On occasion, for reasons beyond our control, ducats are not issued. YOU ARE EXPECTED TO ATTEND ALL GROUPS LISTED ON THIS SCHEDULE, WHETHER A DUCAT IS ISSUED OR NOT.

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH3 [12/17/03] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE EOP Outpatient | Last Name: HAYLES, | First Name: TROY | MI: |
|---|---|---|---|---|
| | | CDC: E-16711 | DOB: | |

STATE OF CALIFORNIA  
DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)  
CDC 1845 (Rev. 01/04)

DEPARTMENT OF CORRECTIONS  
*CHECK ALL APPLICABLE BOXES*

THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B

| INMATE NAME: Hayles, Troy | CDC NUMBER: E16711 | INSTITUTION: Mule Creek | HOUSING ASSIGNMENT: | DATE FORM INITIATED: 7-2-08 |

*Sections A - B to be completed by licensed medical staff.*

### SECTION A: REASON FOR INITIATION OF FORM
- [ ] Inmate self-identifies to staff
- [ ] Observation by staff
- [ ] Third party evaluation request
- [X] Medical documentation or Central File information

### SECTION B: DISABILITY BEING EVALUATED
- [ ] Blind/Vision Impaired
- [ ] Deaf/Hearing Impaired
- [ ] Speech Impaired
- [ ] Mobility Impaired

*Sections C - G to be completed by a physician only.*

### SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT

1. [ ] **FULL TIME WHEELCHAIR USER - DPW**  
Requires wheelchair accessible housing and path of travel.

2. [ ] **INTERMITTENT WHEELCHAIR USER - DPO**  
Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell.

3. [ ] **MOBILITY IMPAIRMENT - With or Without Assistive Device** (Wheelchairs shall not be prescribed) - **DPM**  
Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel.

4. [ ] **DEAF/HEARING IMPAIRMENT - DPH**  
Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements.

5. [X] **BLIND/VISION IMPAIRMENT - DPV**  
Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E).

6. [ ] **SPEECH IMPAIRMENT - DPS**  
Does not communicate effectively speaking or in writing.

### SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT

1. NO CORRESPONDING CATEGORY

2. NO CORRESPONDING CATEGORY

3. [ ] **MOBILITY IMPAIRMENT (Lower Extremities) - DNM**  
Walks 100 yards without pause with or without assistive devices.
- [ ] No Housing Restrictions   [ ] See HOUSING RESTRICTIONS in Section E
- [ ] Requires relatively level terrain and no obstructions in path of travel. **Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SCC I or II, SOL, or SQ. (CDC 128-C: _____)

4. [ ] **HEARING IMPAIRMENT - DNH**  
With residual hearing at a functional level with hearing aid(s).

5. NO CORRESPONDING CATEGORY

6. [ ] **SPEECH IMPAIRMENT - DNS**  
Does not communicate effectively speaking, but does when writing.

### SECTION E: ADDITIONAL MEDICAL INFORMATION

**CSR ALERT:**
- [X] Requires relatively level terrain and no obstructions in path of travel
- [ ] Complex medical needs affecting placement   [ ] CDC 128-C _____

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
- [X] Cane (Tapping)  [ ] Crutch  [ ] Walker  [ ] Leg/Arm prosthesis  [X] Vest
- [X] Other: Vis. Impairment Vest   [ ] CDC 128-C(s) dated: _____

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
- [ ] Feeding or Eating  [ ] Bathing  [ ] Grooming  [ ] W/C transferring
- [ ] Toileting  [ ] Other: _____  [ ] CDC 128-C(s) dated: _____

**OTHER DPP DESIGNATIONS:**
- [ ] NONE  _____ _____ ; _____ _____  
CODE   DATED   CODE   DATED

**HOUSING RESTRICTIONS:** [X] Lower bunk  [X] No stairs  [ ] No triple bunk. CDC 128-C(s) dated: _____

### SECTION F: EXCLUSIONS
- [ ] **VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED:** My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____).
- [ ] **REMOVAL FROM A DPP CODE:** Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____.)
- [ ] **REMOVAL FROM ENTIRE PROGRAM:** Removal from DPP code(s): _____. (Explain in Comments Section and CDC 128-C dated: _____.)

### SECTION G: EFFECTIVE COMMUNICATION FACTORS
- [ ] Uses Sign Language Interpreter (SLI)  [ ] Reads Braille  [ ] Communicates with written notes  [X] Requires large print or magnifier
- [ ] Reads lips  [ ] NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

Legally blind from ADVANCED Glaucoma - Both eyes  
Periodic Re-evaluation by Ophthalmology is indicated

| PHYSICIAN'S NAME (Print): Peter R Coln OD | PHYSICIAN'S SIGNATURE | DATE SIGNED: 7-2-08 |
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print): Smith | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED: 7-2-08 |

**NOTE:** After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional mail, and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

## DECLARATION OF SERVICE BY MULE CREEK STATE PRISON MAIL BOX

Case Name: **Hayles v. Camble, Warden**
No.: **C 06-6909 SBA**

I declare:

On <u>Semptember 1, 2008</u>, I served the attached
**APPLICATION FOR FIRST EXTENSION OF TIME TO FILE TRAVERSE TO ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**
**DECLARATION OF TROY HAYLES**

*[PROPOSED]* **SCHEDULING ORDER**

By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the institution's mail box at MULE CREEK STATE PRISON, ADDRESSED AS FOLLOWS:

ANN P. WATHEN
DEPUTY ATTORNEY GENERAL
455 Golden gate Ave, suite 11000
San Francisco, ca 94102-7004

I declare under penalty of perjury under the laws of the State of California the forgoing is true and correct and that this declaration was executed on Semptember 1, 2008, Ione, California.

_____
TROY HAYLES
DECLARANT.