TROY HAYLES
#E-16711
MULE CREEK STATE PRISON
P.O. BOX-409020
IONE,CA 95640

In Pro per.

FILED
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| TROY HAYLES <br>               PETITIONER, )<br><br>   V. <br><br><br><br>ROSANN CAMBLE,WARDEN, <br>            RESPONDANT. ) | C 06-6909 SBA <br> DELARATION OF TROY <br> HAYLES |

C 06-6909 SBA

DELARATION OF TROY

HAYLES

I Troy Hayles, declare as follows:

I am apart of the mental health system, in prison, and I am persentedly placed in the Enhanced Out Patient program. Due to my commitments as a patient, as described in attachment, I will need the additional time requested herewith. I am unable to file my Traverse by August 4,2008. My time in the law library is very limited due to my heavy group therapy schedule. Also, I am legaally blind and at times require assistance with my research, due to my Vision-Spells. Moreover, petitioner is presentedly awaiting a medical transfere to Calforna Medical Facility.,which could happen any day of the week, and I would be seperated from my legal work and the law library until arrangements could be made. Nevertheless, if time and opportunity permits, I may be able to complete my Traverse in hale of the time requested.

WHEREFORE, petitioner respectfully requests that the time for filing a Traverse be enlarged to October 9,2008.

Dated: September 1,2008.

TROY HAYLES

PETITIONER
In Pro Per.

Troy Phyles E 4/417
P.O. Box - 209000
Ione, Ca 95640

Legal Mail

Office of the clerk, u.s.
District + court
Northern District of California
1301 Clay St, Suite 400 S
Oakland, Ca. 94612-5212

