1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

| | |
|---|---|
| TROY HAYLES, | No. C 06-06909 SBA (PR) |
| Petitioner, | **ORDER GRANTING REQUEST FOR** |
| v. | **EXTENSION OF TIME FOR** |
| ROSANN CAMBLE, | **PETITIONER TO FILE TRAVERSE** |
| Respondent. / | |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer.  Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED.  Petitioner shall file a traverse by October 9, 2008.

This Order terminates Docket no. 25.

IT IS SO ORDERED.

DATED: 9/11/08

*Saundra B Armstrong*

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  HAYLES et al,                              Case Number: CV06-06909 SBA

5              Plaintiff,                      **CERTIFICATE OF SERVICE**

6     v.

7  CAMBLE et al,

8              Defendant.
   _____/

9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.

11 That on September 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
   in the Clerk's office.

13

14

15 Troy  Hayles
16 Mule Creek State Prison
   Prisoner Id E-16711
17 P.O. Box 409020
   Ione,  CA 95640
18
   Dated: September 12, 2008
19
                                              Richard W. Wieking, Clerk
20                                            By: LISA R CLARK, Deputy Clerk

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.06\Hayles6909.EOT-Traverse.wpd