IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY HAYLES,<br><br>      Petitioner,<br><br>v.<br><br>ROSANN CAMBLE,<br><br>      Respondent. | No. C 06-6909 SBA (pr)<br><br>**JUDGMENT** |

    For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

    IT IS SO ORDERED.

DATED: 8/31/09

                                          _____
                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HAYLES et al,

        Plaintiff,

  v.

CAMBLE et al,

        Defendant.
                                         /

Case Number: CV06-06909 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Troy Hayles
Mule Creek State Prison
Prisoner Id E-16711
P.O. Box 409020
Ione, CA 95640

Dated: August 31, 2009

                                            Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk