United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY HAYLES,<br><br>    Petitioner,<br>v.<br><br>ROSANN CAMBLE,<br><br>    Respondent. | No. C 06-6909 SBA (pr)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY; GRANTING MOTION TO EXTEND TIME TO FILE A NOTICE OF APPEAL**<br><br>(Docket Nos. 32, 34, 35) |

Petitioner, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to title 28 U.S.C. § 2254. The Court has denied Petitioner's petition for a writ of habeas corpus on the merits. Petitioner has now filed a notice of appeal and a request for a certificate of appealability. Petitioner has not shown, however, "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, the request for a certificate of appealability (Docket No. 32) is hereby DENIED. The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which Petitioner may also seek a certificate of appealability. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

Petitioner's motions for an extension of time to file a notice of appeal (Docket Nos. 34 and 35) are GRANTED. Petitioner's notice of appeal is deemed timely filed.

This order terminates Docket Nos. 32, 34, and 35.

IT IS SO ORDERED.

DATED: 1/14/10

                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge

P:\PRO-SE\SBA\HC.06\Hayles6909.COA.wpd

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYLES et al, | Case Number: CV06-06909 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CAMBLE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Troy Hayles
Mule Creek State Prison
Prisoner Id E-16711
P.O. Box 409020
Ione, CA 95640

Dated: January 14, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.06\Hayles6909.COA.wpd

2